FILED

12/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0249

# IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |
|---|---|
| IN THE MATTER OF the Class D Application of Big Foot Dumpsters & Containers, LLC Application for Class D Garbage Service between all points and places within Flathead County | Case No.:  DA 21-0249 <br><br> **ORDER** |

Appellants Evergreen Disposal, Inc. and Northwestern Energy having filed an *Unopposed Motion for Extension of Time* within which to file Appellants' Reply Briefing, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellants' Reply Briefing is due on or before January 26, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 21 2021